Date signed April 30, 2007



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 05-28236PM |
|---|---|
| **Alan Rene Brandon, Sr.,** | Chapter 13 |
| Debtor. | |

**MEMORANDUM TO PARTIES**

Upon review of the Motion for Authority to Refinance Existing Secured Debt as to Property Known as 7803 Harder Court, Clinton, Maryland 20735, and the Chapter 13 Trustee's consent thereto, the court notifies the parties that the hearing scheduled for May 15, 2007, at 10:00 a.m., will remain on the docket unless the parties can reconcile the difference in the proposed orders.

cc: Debtor
    Debtor' s Counsel
    Chapter 13 Trustee

**End of Memorandum to Parties**